■ In the Matter of ALASHA M. and Others, Children Alleged to be Neglected. LAKILYA M., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [886 NYS2d 886]—

Order of disposition, Family Court, Bronx County (Monica Drinane, J.), entered on or about September 21, 2006, which, upon a fact-finding determination that respondent mother neglected Nyasia M. and derivatively neglected Alasha M., Terrell M. and Victoria S., released the children to respondent's custody

under the supervision of the Administration for Children's Services, unanimously affirmed, without costs.

The determination that respondent neglected Nyasia and derivatively neglected the three other children was supported by a preponderance of the evidence (Family Ct Act § 1012 [f] [i]; § 1046 [b] [i]) showing that, although respondent should have known that Nyasia was in danger of being sexually abused by respondent's live-in boyfriend, respondent permitted the boyfriend to remain in the family home unsupervised (*see Matter of Alexis C.*, 27 AD3d 646 [2006]; *Matter of Jasmin O.*, 222 AD2d 240 [1995]; *Matter of Vincent M.*, 193 AD3d 398, 403-404 [1993]), thereby demonstrating parental judgment so impaired as to create a substantial risk of harm for any child in her care (*see Matter of Joshua R.*, 47 AD3d 465 [2008], *lv denied* 11 NY3d 703 [2008]). Concur—Tom, J.P., Friedman, Nardelli, Buckley and Richter, JJ.